UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~

In re
**SHAMUS HOLDINGS, LLC,**                        Chapter 11
    Debtor                                   Case No. 07-14572-JNF

~~~~~~~~~~~~~~~~~~~~~~~~

## ORDER

In accordance with the Memorandum dated November 12, 2008, the Court denies the "Motion to Approve Acquisition of Claims by Debtor."

By the Court,

*Joan N. Feeney*

Joan N. Feeney
United States Bankruptcy Judge

Dated: November 12, 2008