BUDGET REPORT FOR UNIT C-1
314-330 WEST SECOND STREET, SOUTH BOSTON

| | March 2010 | Actual March 2010 | April 2010 | Actual April 2010 | May 2010 | Actual May 2010 | June 2010 | Actual June 2010 | July 2010 | Actual July 2010 | August 2010 | Actual August 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | |
| Rent from Light Insight Design | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | |
| Rent from Right Hat, LLC | $2,992.56 | $2,992.56 | $2,992.56 | $2,992.56 | $2,992.56 | $2,992.56 | $2,992.56 | $2,992.56 | $2,992.56 | $2,992.56 | $2,992.56 | |
| **Total Revenue** | $5,492.56 | $5,492.56 | $5,492.56 | $5,492.56 | $5,492.56 | $5,492.56 | $5,492.56 | $5,492.56 | $5,492.56 | $5,492.56 | $5,492.56 | |
| | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | |
| Condominium Fees | $1,527.00 | $1,527.00 | $1,527.00 | $1,527.00 | $1,527.00 | $1,527.00 | $1,527.00 | $1,527.00 | $1,527.00 | $1,527.00 | $1,527.00 | |
| Insurance | $100.00 | $55.00 | $100.00 | $55.00 | $100.00 | $55.00 | $100.00 | $55.00 | $100.00 | $55.00 | $100.00 | |
| Real Estate Taxes | $1,458.00 | $1,458.00 | $1,458.00 | $1,458.00 | $1,458.00 | $1,458.00 | $1,458.00 | $1,458.00 | $1,458.00 | $1,458.00 | $1,458.00 | |
| Repairs and Maintenance (Est.) | $500.00 | | $500.00 | $500.00 | $500.00 | | $500.00 | | $500.00 | | $500.00 | |
| Court-approved accounting fees | | | | | | | | | | | | |
| U.S. Trustee Fee | | | $325.00 | $325.00 | | | | | $325.00 | $325.00 | | |
| Citizens Bank Monthly Fee | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | |
| | | | | | | | | | | | | |
| **Total Expenses** | $3,635.00 | $3,090.00 | $3,960.00 | $3,915.00 | $3,635.00 | $3,090.00 | $3,635.00 | $3,090.00 | $3,960.00 | $3,415.00 | $3,635.00 | |
| | | | | | | | | | | | | |
| **Net Income** | $1,857.56 | $2,402.56 | $1,532.56 | $1,577.56 | $1,857.56 | $2,402.56 | $1,857.56 | $2,402.56 | $1,532.56 | $2,077.56 | $1,857.56 | |

ME1 6986605v.1